AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JUL 26 2021
AT ____ O'CLOCK
John M. Domurad, Clerk - Albany

Anthony Buchanon
_Petitioner_

v.

Case No. _____
_(Supplied by Clerk of Court)_

Acting Warden Kodger
_Respondent_
_(name of warden or authorized person having custody of petitioner)_

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Anthony Buchanon
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: FCI Fort Dix
   (b) Address: P.O Box 2000, Joint Base MDL, NJ 08640

   (c) Your identification number: 05722052
3. Are you currently being held on orders by:
   ☒ Federal authorities  ☐ State authorities  ☐ Other - explain: _____

4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Northern District Court of NY

   (b) Docket number of criminal case: _____
   (c) Date of sentencing: November 2nd, 2002
   ☐ Being held on an immigration charge
   ☐ Other _(explain)_: _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

**BUCHANON, ANTHONY 05722052**

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☒ Detainer
☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other *(explain)*: Probation violation as a Category C, not a Category A, 20 years ago.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Northern District of NY, Judge Scullin Jr
   (b) Docket number, case number, or opinion number: State prison has all my property.
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: I am challenging how my sentence is being carried out & calculated, also the validity of conviction or sentence imposed, as well as the detainer.
   (d) Date of the decision or action:

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes   ☒ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court:
      (2) Date of filing:
      (3) Docket number, case number, or opinion number:
      (4) Result:
      (5) Date of result:
      (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal: I did not appeal because I thought the violation would run concurrently.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No

BUCHANON, ANTHONY 05722052

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

 (a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

 (b) If you answered "No," explain why you did not file a second appeal:
  Because no first appeal was filed.

9. **Third appeal**
 After the second appeal, did you file a third appeal to a higher authority, agency, or court?
 ☐ Yes   ☒ No
 (a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

 (b) If you answered "No," explain why you did not file a third appeal:
  No second appeal was filed.

10. **Motion under 28 U.S.C. § 2255**
 In this petition, are you challenging the validity of your conviction or sentence as imposed?
 ☒ Yes   ☐ No
 If "Yes," answer the following:
 (a)  Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
  ☐ Yes   ☒ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Because the instructions for this writ explain to use this writ for the relief I seek.

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

BUCHANON, ANTHONY 05722052

Page 5 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

BUCHANON, ANTHONY  05722052

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** In 2016 I filed a 440 motion and won the appeal, which dropped one of my charges, reducing my time to 23 years flat for the state charges.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
My original state sentences of 28 years to life put my in violation of my federal probation as a Category A. When I won my appeal, my sentence was reduced to 23 years flat, which puts me as a Category C violation, which should be run concurrent with the state time I did.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes          ☐ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No

BUCHANON, ANTHONY  05722052

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes                    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do:  I respectfully ask this Court to correct this illegal sentence and illegal detainer. I respectfully request this Court to run this time concurrent with the time I have already done, and order my immediate release, and/or any other relief this Court sees fit.

BUCHANON, ANTHONY  05722052

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

7/20/21

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 7/20/19

*Anthony Buchanon*
Signature of Petitioner

Sworn to and subscribed before me this 20 day of July, 2021

Signature of Attorney or other authorized person, if any

BUCHANON, ANTHONY  05722052